FREE SCHOOL DISTRICT No. 13, Appellant, v. HOSELTON CHEVROLET, INC., et al., Respondents. (F) In the Matter of DONALD J. VELLA et al., Appellants, v. CITY ZONING BOARD OF APPEALS, CITY OF ROCHESTER, et al., Respondents.— [In each action] Appeal dismissed, without costs upon stipulation.

■ (A) LOUIS BATTAGLIA, Appellant, v. RUSSELL E. CORON, Respondent. (B) RICHARD CANNELLOS, Appellant, v. GENERAL BAKING COMPANY, Respondent. (C) CONSTANTINE J. CANNELLOS, Appellant, v. GENERAL BAKING COMPANY, Respondent. (D) TOWN OF EDEN, Respondent, v. WHITMIER & FERRIS Co., INC., Appellant. (E) ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. LOUIS C. NIRO, JR., Appellant. (F) RALPH GARDNER et al., Appellants, v. LOBLAWS GROCETERIA, INC., Respondent. (G) NELLIE KASSON, Appellant, v. BOARD OF EDUCATION OF THE RED CREEK CENTRAL SCHOOL, Respondent. (H) MICHAEL MARCHAESI, Appellant, v. EUGENE CLARK, Respondent. (I) WALTER J. MILLIGAN, JR., Respondent, v. JOHN L. CANFIELD, Appellant. (J) CITY OF SYRACUSE, Respondent, v. KENNETH E. FIDLER, Appellant.— [In each action] Motion granted and appeal dismissed.

■ KENNETH PARSHALL, Appellant, v. MARY GRAHAM, Respondent. MILDRED PARSHALL, Appellant, v. MARY GRAHAM, Respondent.— Motion granted to prosecute appeal on typewritten papers and conditional order of dismissal amended to provide that records and appellants' briefs be filed and served on or before March 6, 1961. Respondent's brief must be filed on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ JACKSON AND PERKINS Co., Respondent, v. CONSTANTINE B. MARTIN et al., Appellants.— Motion granted to extent of permitting Village of Newark to file and serve a brief *amicus curiæ*, and otherwise denied.

■ ROY SCHERI, Appellant, v. AL ROKZEN, Respondent. JOHN SETERA, Appellant, v. AL ROKZEN, Respondent.— Application for final order of dismissal denied and conditional order amended to provide that records and appellants' briefs be filed on or before March 20, 1961. Respondent's briefs must be filed and served on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ In the Matter of RAY B. MARTIN, Appellant, v. WILLIAM E. BURKE et al., Respondents.— Motion granted to permit Hudson Valley Urban Renewal Directors Assoc. to file and serve a brief *amicus curiæ*.

■ ALBERT J. SCHNEBLE et al., Respondents, v. FREDERICK NESTICO, Appellant.— Motion to vacate order dismissing appeal and to reinstate appeal denied.

■ J. CARL CAFLISCH et al., Appellants, v. CHAUTAUQUA COUNTY FEDERATION OF SPORTSMEN'S CLUB, INC., Respondent. CHAUTAUQUA COUNTY FEDERATION OF SPORTSMEN'S CLUB, INC., Respondent, v. J. CARL CAFLISCH et al., Appellants.— Appeals dismissed unless records and briefs are filed and served on or before July 1, 1961. Respondent's brief must be filed and served on or before September 1, 1961 if appeal is to be argued at September 1961 Term.

■ In the Matter of the Arbitration between SARAH RUSSO, Appellant, and BEER DRIVERS, BREWERY, SOFT DRINK AND MAINTENANCE WORKERS LOCAL UNION No. 263, Respondent.— Final order of dismissal entered.

■ VIRGINIA HAYNOS, as Administratrix, Respondent, v. CLARA KRUPCZYK, Appellant.— Motion granted to extend time for filing ·records and briefs to March 24, 1961.

■ ROCHESTER HAPPY HOUSE, INC., et al., Appellants, v. HAPPY HOUSE SHOPS, INC., Respondent.— Motion granted to prosecute appeal on an original and five typewritten copies of record and five typewritten copies of brief.